**Order entered June 16, 2021**



**In The**
# Court of Appeals
# Fifth District of Texas at Dallas

**No. 05-21-00030-CV**
**No. 05-21-00298-CV**

## ESTATE OF COREY DEWAYNE MITCHELL, DECEASED

**On Appeal from the Probate Court No. 2**
**Dallas County, Texas**
**Trial Court Cause Nos. PR-15-03284-2 and PR-20-2522-2**

## ORDER

Before the Court is appellant's motion to consolidate related appeals. We **GRANT** the motion and **DIRECT** the Clerk of this Court to **CONSOLIDATE** the appeal docketed as appellate cause number 05-21-00298-CV into the appeal docketed as appellate cause number 05-21-00030-CV. Henceforth, the parties shall only use appellate cause number 05-21-00030-CV. We further **DIRECT** the Clerk of this Court to transfer the clerk's record and supplemental clerk's record filed in cause number 05-21-00298-CV into cause number 05-21-00030-CV.

Also before the Court is appellant's June 10, 2021 amended motion for an extension of time to file his brief on the merits. We **GRANT** the motion and extend the time to **June 28, 2021**.

/s/    BONNIE LEE GOLDSTEIN
        JUSTICE